IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTWAN WHEELER,<br><br>                                **Plaintiff,**<br><br>   v.<br><br>DEKALB COUNTY, GEORGIA, et al,<br><br>                               **Defendants.** | 1:13-cv-4205-WSD |

## ORDER

Local Rule 41.3 provides that the Court may, with or without notice to the parties, dismiss an action for want of prosecution if a case has been pending in this Court for more than six (6) months without any substantial proceedings of record.

Plaintiff filed a Suggestion of Death and Motion to Stay on May 23, 2014, which was granted by the Court on June 12, 2014, pending the appearance of a representative for the Estate of Antwan Wheeler. There have been no proceedings of record in this action since that time.

Accordingly,

Plaintiff is hereby ordered to show cause on or before February 6, 2015, why this action should not be dismissed for want of prosecution pursuant to L.R. N.D. Ga. 41.3(A)(3).

**SO ORDERED** this 13th day of January, 2015.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE