IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTWAN WHEELER,

                Plaintiff,

v.

DEKALB COUNTY, GEORGIA, et al.,

                Defendants.

1:13-cv-4205-WSD

## ORDER

This matter is before the Court on its January 13, 2015, Order to Show Cause [34].

Plaintiff filed a Suggestion of Death and Motion to Stay on May 23, 2014, which was granted by the Court on June 12, 2014, pending the appearance of a representative for the Estate of Antwan Wheeler. There was no activity in this case after the Court's June 12, 2014, Order was entered and on January 13, 2015, the Court ordered Plaintiff to show cause, on or before February 6, 2015, why this action should not be dismissed for want of prosecution. Plaintiff did not respond to the Court's January 13, 2015, Order.

Local Rule 41.3 provides that the Court may dismiss a civil case for want of prosecution or if a plaintiff fails or refuses to obey a lawful order of the Court. L.R. 41.3(A)(2), N.D.Ga. A representative did not appear in this action after the Court's June 12, 2014, Order, there has not been any activity in this case since May 23, 2014, and Plaintiff failed to respond to the Court's January 13, 2015, Order.

Accordingly,

**IT IS HEREBY ORDERED** that, pursuant to Local Rule 41.3, this case is **DISMISSED** for want of prosecution and for failing to comply with an order of this Court. The Clerk is **DIRECTED** to close this matter.

**SO ORDERED**, this 11th day of February, 2015.

WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE