UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTWAN WHEELER,<br>　　　　　Plaintiff,<br><br>vs.<br><br>DEKALB COUNTY, GEORGIA, et al.<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1: 13-cv-4205-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for want of prosecution and for failing to comply with an order of this Court pursuant to Local Rule 41.3.

Dated at Atlanta, Georgia, this 12th day of February, 2015.

　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By:　s/ A. Coleman
　　　　　　　　　　　　　　　　　　Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 12, 2015
James N. Hatten
Clerk of Court

By:　s/ A. Coleman
　　　Deputy Clerk